DAYLE ELIESON
United States Attorney
District of Nevada
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
MARK E. WOOLF
Assistant United States Attorney
U.S. Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Ph: 702-388-6336
Fax: 702-388-6787
Email: roger.wenthe@usdoj.gov
       mark.woolf@usdoj.gov

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-CV-2917-JAD-NJK |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| U.S. TELECOM LONG DISTANCE, INC., | |
| Defendant. | ECF Nos. 19, 30 |

Plaintiff United States of America and Defendant U.S. Telecom Long Distance, Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the voluntary dismissal without prejudice of each of the claims in the above-captioned action as between Plaintiff and Defendant, with each party to bear their respective attorney's fees and costs.

///

///

///

///

///

1

**Stipulation of Dismissal without Prejudice [ECF No. 30], cont'd**

Dated: November 14, 2018

| For the Plaintiff: | For the Defendant: |
|---|---|
| DAYLE ELIESON<br>United States Attorney | */s/ Michael Murphy*<br>Law Office of Michael L. Glaser, LLC |
| */s/ Roger Wenthe*<br>ROGER W. WENTHE<br>Assistant United States Attorney | |

### ORDER

Based on the parties' stipulation **[ECF No. 30]** and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED without prejudice**, each side to bear its own fees and costs. The Motion to Consolidate **[ECF No. 19] is DENIED as moot**. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 18, 2018